COURT OF APPEALS OF VIRGINIA

Present:   Judges Humphreys, O'Brien and Senior Judge Bumgardner

VCU HEALTH SYSTEMS/
 COMMONWEALTH OF VIRGINIA

                                                        MEMORANDUM OPINION[*]
v.        Record No. 0225-16-2                               PER CURIAM
                                                             MAY 10, 2016
KAREN GEORGE


             FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                    (Mark R. Herring, Attorney General; Rhodes B. Ritenour, Deputy
                    Attorney General; Ronald N. Regnery, Senior Assistant Attorney
                    General; Scott John Fitzgerald, Senior Assistant Attorney General,
                    on brief), for appellant.

                    (Karen George, *pro se*, on brief).


        VCU Health Systems/Commonwealth of Virginia ("employer") appeals a decision of the

Workers' Compensation Commission.  On appeal, employer contends the Commission erred in

finding that employer was not entitled to an evidentiary hearing, finding that Dr. Paul Spector

was not the authorized treating physician for Karen George ("claimant"), and ordering employer

to provide claimant with a panel of pain management physicians.  We have reviewed the record

and the Commission's opinion and find that this appeal is without merit.  Accordingly, we affirm

for the reasons stated by the Commission in its final opinion.  See George v. VCU Health Sys.,

JCN No. 1943423 (Jan. 6, 2016).  We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                              Affirmed.

_____
        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED